UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

WILLIAM COLUMBUS BEAN III,

    Defendant.

Case: 1:26-cr-20104
Judge: Lawson, David M.
MJ: Morris, Patricia T.
Filed: 02-25-2026

## INDICTMENT

THE GRAND JURY CHARGES:

### COUNT ONE
### (18 U.S.C. §§ 117 and 1151)
### (Domestic Assault by an Habitual Offender)

On or about February 9, 2026, in the Northern Division of the Eastern District of Michigan, within Indian country, as defined in 18 U.S.C. § 1151, that is, the Isabella Reservation, **William Columbus Bean III**, assaulted A.B., his spouse and intimate partner, after having been convicted of domestic violence on at least two separate prior occasions in the Isabella County Court, which involved a victim who was a spouse or intimate partner.

## COUNT TWO
## (18 U.S.C. § 111)
### (Forcibly Assaulting, Resisting, and Impeding a Federal Law Enforcement Officer Involving Physical Contact)

On or about February 9, 2026, in the Northern Division of the Eastern District of Michigan, **William Columbus Bean III,** did knowingly assault, resist, oppose, impede, intimidate, and interfere with C.J., a federal law enforcement officer, to wit: Bureau of Indian Affairs Officers, while C.J. was engaged in the lawful performance of his official duties and where such act involved physical contact with the victim, in violation of 18 U.S.C. § 111.

Dated: February 25, 2026

JEROME F. GORGON, JR.
United States Attorney

THIS IS A TRUE BILL

*s/Grand Jury Foreperson*
GRAND JURY FOREPERSON

*s/Roy R. Kranz*
ROY R. KRANZ
Assistant U.S. Attorney
101 First Street, Suite 200
Bay City, Michigan 48708-5747
(989) 895-5712
roy.kranz@usdoj.gov
P56903

*s/Anthony P. Vance*
ANTHONY P. VANCE
Assistant U.S. Attorney
Chief, Branch Offices

**Companion Case information MUST be completed by AUSA and initialed**

| United States District Court<br>Eastern District of Michigan | **Criminal Case Cover Sheet** | Case Number |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

**Companion Case Information**

This may be a companion case based upon **LCrR 57.10 (b)(4)**[1]:

☐ Yes    x **No**

Case: 1:26-cr-20104
Judge: Lawson, David M.
MJ: Morris, Patricia T.
Filed: 02-25-2026

Case Title: USA v.  William Columbus Bean III

County where offense occurred:  Isabella

Check One:  **X** Felony    __ Misdemeanor    __ Petty

___X___Indictment/____Information ---  **no** prior complaint.
_____Indictment/____Information ---  based upon prior complaint []
_____Indictment/____Information ---  based upon **LCrR 57.10 (d)** *[Complete Superseding section below]*.

**Superseding Case Information**

**Superseding to Case No:** _____    **Judge:** _____

☐    Corrects errors; no additional charges or defendants.
☐    Involves, for plea purposes, different charges or adds counts.
☐    Embraces same subject matter but adds the additional defendants or charges below:

**Defendant name**              **Charges**              **Prior Complaint (if applicable)**

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.**

Date:  February 25, 2026

s/Roy R. Kranz
Roy R. Kranz
Assistant United States Attorney
101 First Street, Suite 200, Bay City, MI 48708
Phone:  989-895-5712
Fax: 989-895-5790
E-Mail address: roy.kranz@usdoj.gov
Attorney Bar #:  P56903

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.